UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Living The Dream Films, Inc.,<br><br>       Plaintiff,<br><br>       -against-<br><br>Aloris Entertainment, LLC and John Santilli,<br><br>       Defendants. | Civil Action No. 20-cv-6982-LGS<br>Hon. Lorna G. Schofield<br><br>**LETTER MOTION REQUESTING ADJOURNMENT OF NOVEMBER 5, 2020 CONFERENCE** |

Plaintiff, by its attorney Raymond J. Markovich, Esq., hereby respectfully moves to adjourn the conference scheduled for November 5, 2020 at 10:50 AM [Dkt. 8] to December 15, 2020 at 10:50 AM or as soon thereafter as the conference may be held. Plaintiff has not previously requested any adjournments or extensions. While Defendants have accepted service through signed waivers [Dkt. 9-10], their due date to answer or move is not until December 1, 2020 and counsel for Defendants has not yet appeared. Plaintiff has conferred with current counsel for Defendants (Rhode Island counsel) who is not yet certain if he will be retained as counsel for Defendants in this Action but he consents to adjournment. It makes little sense to waste judicial resources on a conference when there is, as of yet, no opposing counsel.

October 29, 2020

Respectfully submitted,

/s/ Raymond J. Markovich
Raymond J. Markovich, Esq. (RM0919)
Chief Counsel
Living The Dream Films, Inc. &
J - Bar Reinforcement Inc.
421 E. 119th Street
New York, NY 10035
Tel: 323-401-8032
rjmarkovich@me.com
*Attorney for Plaintiff*

This application is untimely but nevertheless GRANTED in part.  The initial pretrial conference scheduled for November 5, 2020, is adjourned to **December 3, 2020, at 10:50 a.m.**  The parties' proposed case management plan and joint letter are due at least seven days before the conference, or by **November 26, 2020**.

Dated: October 30, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE