UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LIVING THE DREAM FILMS, INC.,                               :
                            Plaintiff,      :       20 Civ. 6982 (LGS)
                                                            :
              -against-                           :       ORDER
                                                            :
ALORIS ENTERTAINMENT, et al.,                               :
                                                            :
                            Defendants.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated October 30, 2020, the initial pretrial conference was adjourned to December 3, 2020, and the parties were required to submit a joint status letter and proposed case management plan at least seven calendar days before the conference (Dkt. No. 13);

       WHEREAS, Defendants accepted service through executed waivers of service (Dkt. Nos. 9 and 10);

       WHEREAS, Defendants have not appeared in this case and, based on the executed waivers, Defendants' deadline to respond to the Complaint is December 1, 2020.

       WHEREAS, Plaintiff filed a status letter and proposed case management plan, which indicates that Defendants did not respond to Plaintiff regarding the preparation of these materials (Dkt. No. 15).  It is hereby

       **ORDERED** that the initial pretrial conference scheduled for December 3, 2020, is **adjourned to December 17, 2020, at 10:50 a.m.**  If Defendants appear by December 1, 2020, the parties shall file an updated joint letter and proposed case management plan by **December 10, 2020**.  If Defendants fail to appear by December 1, 2020, Plaintiff may prepare default

judgment materials in accordance with the Individual Rules.  By **December 1, 2020**, Plaintiff shall mail or e-mail a copy of this Order to Defendants and file an affidavit of service.

Dated: November 30, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**