UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                     :

LIVING THE DREAM FILMS, INC.,      :

                     Plaintiff,    :          20 Civ. 6982 (LGS)

                                   :

          -against-         :            ORDER

                                   :

ALORIS ENTERTAINMENT, et al.,    :

                                   :

                    Defendants. :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated November 30, 2020, the initial pretrial conference was adjourned to December 17, 2020, and Plaintiff was advised it may prepare default judgment materials in accordance with the Individual Rules, Attachment A (Dkt. No. 16);

      WHEREAS, Plaintiff filed an affidavit of service of the certificates of default on Defendants but did not file any other default judgment materials as required by the Individual Rules, Attachment A.  It is hereby

      **ORDERED** that the December 17, 2020, initial pretrial conference is CANCELLED. Plaintiff shall file its default judgment materials by **December 18, 2020**.  By **December 16, 2020**, Plaintiff shall serve a copy of this Order on Defendants and file proof of service.

Dated: December 11, 2020
      New York, New York

                                       LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE