UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Living The Dream Films, Inc., Plaintiff, -against- Aloris Entertainment, LLC and John Santilli, Defendants. | Civil Action No. 20-cv-6982-LGS Hon. Lorna G. Schofield  DEFAULT JUDGMENT |
|---|---|

LORNA G. SHOFIELD, District Judge:

WHEREAS, Plaintiff has moved for default judgments against Defendant Aloris Entertainment, LLC and Defendant John Santilli.

WHEREAS, Plaintiff has served the affirmation of Raymond J. Markovich, the complaint and other documents in support of its motion for default judgments.

WHEREAS, Defendants have not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a hearing for Plaintiff's application on January 28, 2021, and Defendants failed to appear. It is hereby

ORDERED that, pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff has judgment against Defendant Aloris Entertainment, LLC and Defendant John Santilli in amounts to be determined by post-default judgment inquest.

Dated: January 28, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE