UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIVING THE DREAM FILMS, INC.,
                                Plaintiff,

             -against-

ALORIS ENTERTAINMENT, LLC, et al.,
                              Defendants.
------------------------------------------------------------X

20 Civ. 6982 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 24, 2021, Judge Cott issued a Report and Recommendation. It is hereby

      **ORDERED** that, by **October 8, 2021**, Plaintiff shall serve the Report and Recommendation on Defendants and file proof of service on the docket.

Dated: September 30, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**