```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LIVING THE DREAM FILMS, INC.,                               :
                                          Plaintiff,        :
                                                            :      20 Civ. 6982 (LGS)
                -against-                                   :
                                                            :          ORDER
ALORIS ENTERTAINMENT, LLC et al.,                           :
                                         Defendants.        :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the September 30, 2021, Order, (Dkt. No. 47), required Plaintiff to serve the Report and Recommendation, (Dkt. No. 46), on Defendants and file proof of service on the docket by October 8, 2021;

WHEREAS, Plaintiff has not filed proof of service of the Report and Recommendation. It is hereby

**ORDERED** that Plaintiff shall file proof of service of the Report and Recommendation by **October 15, 2021**.

Dated: October 12, 2021
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE