UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LIVING THE DREAM FILMS, INC.,

                Plaintiff,                20 **CIVIL** 6982 (LGS)

     -against-                **JUDGMENT**

ALORIS ENTERTAINMENT, LLC and
JOHN SANTILLI,

                Defendants.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 7, 2021, the Report is ADOPTED and the Objection is OVERRULED. Plaintiff is awarded (1) $200,000 in compensatory and restitution damages, (2) $12,816 in reasonable attorneys' fees and cost and (3) prejudgment interest at a rate of 9% per annum on the $200,000 award from April 14, 2019, to the date of entry of judgment, in the amount of $47,786.30, for which Defendants are jointly and severally liable. If delinquent, Defendants shall pay post-judgment interest pursuant to 28 U.S.C. § 1961. Plaintiff's request to supplement his attorneys' fees award request is DENIED because it is unsupported by any legal citations and the Objection is overruled. Plaintiff's request to serve a supplemental brief is DENIED. Plaintiff has not provided any basis for finding that it should be entitled to supplement its objections if they are overruled; accordingly, the case is closed.

**Dated:**  New York, New York
        December 8, 2021

                                                **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                        **BY:**        *K. Mango*

                                                    **Deputy Clerk**